**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7497**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DANIEL RAYMOND LUTZ,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-95-293, CA-99-3663-HNM)

_____

Submitted:  March 22, 2001          Decided:  March 28, 2001

_____

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Daniel Lutz, Appellant Pro Se.  Lynne Ann Battaglia, Andrew Clayton White, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Daniel Lutz seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Lutz</u>, Nos. CR-95-293; CA-99-3663-HNM (D. Md. Oct. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2